

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2015

No. 04-15-00483-CV

**IN THE INTEREST OF S.G.I.,** a Child,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00452
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal. The court reporter has filed a notification of late reporter's record requesting an extension of time to file the reporter's record to August 21, 2015. The court reporter's request for an extension of time is GRANTED. We ORDER the court reporter to file the reporter's record on or before **August 21, 2015**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court